UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHEPARD, | No. 2:18-cv-0620 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| CONNIE GIPSON, | |
| Defendant. | |

Defendant has filed a motion asking that the schedule for this matter be modified so that counsel for defendant may wait to depose plaintiff, if necessary, until after defendant's motion for judgment on the pleadings is resolved. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's motion to modify the scheduling order (ECF No. 28) is granted; and

2. Counsel for defendant may depose plaintiff, if necessary, within 30 days of the resolution of defendant's pending motion for judgment on the pleadings.

Dated: September 9, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
shep0620.ed