UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHEPARD, | No. 2:18-cv-0620 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| CONNIE GIPSON, et al., | |
| Defendants. | |

On August 27, 2019, defendant Gipson filed a motion for judgment on the pleadings. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to the motion for judgment on the pleadings or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this matter be dismissal pursuant to Federal Rule of Civil Procedure 41(b).

Dated: October 1, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
shep0620.46